UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHELLE ANN BALDWIN,

       Plaintiff,

v.

BUREAU OF PRISONS,

       Defendant.

_____/

Case No. 1:18-cv-1344

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e) and 1915A.

Dated: December 18, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge